UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| BROWN & HOWARD YACHT MARINA, LLC, <br><br> Plaintiff, <br><br> v. <br><br> EVANSTON INSURANCE COMPANY and <br> MARKEL AMERICAN INSURANCE COMPANY, <br><br> Defendants. | Civil Action No. 1:22-cv-00264 |

### STIPULATION OF DISMISSAL

NOW COME the parties in the above entitled action, and hereby stipulate pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that the above entitled action be dismissed with prejudice and without interest and with all parties bearing their own costs and attorneys' fees.

Respectfully submitted,

Date: April 26, 2024

*/s/ Brendan L. Labbe*
John A. Donovan, III (No. 5707)
Judah H. Rome (No. 9711)
Brendan L. Labbe (Pro Hac Vice)
SLOANE AND WALSH, LLP
One Boston Place
652 George Washington Highway, Suite 302
(401) 495-6796
jdonovan@sloanewalsh.com
jrome@sloanewalsh.com
blabbe@sloanewalsh.com

*Counsel for Plaintiff, Brown & Howard Yacht Marina, LLC*

-and-

1

        */s/ Samuel P. Blatchley*
        Samuel P. Blatchley (RI Bar No. 8284)
        ECKLAND & BLANDO LLP
        22 Boston Wharf Road, 7th Floor
        Boston, Massachusetts 02210
        (617) 217-6936
        sblatchley@ecklandblando.com

        Kristin Robbins (Pro Hac Vice)
        ECKLAND & BLANDO LLP
        Energy Centre Building
        1100 Poydras Street, Suite 2900
        New Orleans, LA 70163
        (504) 662-1594
        krobbins@ecklandblando.com

        *Counsel for Defendant Markel American Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that on April 26, 2024, a copy of the foregoing was filed through the CM/ECF system, and it is available for viewing and downloading from the CM/ECF system.

        */s/ Samuel P. Blatchley*
        Samuel P. Blatchley (RI Bar No. 8284)